Kelly McNertney
Attorney at Law
State Bar No. 212933
604 10th Street
Sacramento, CA  95814

Attorney for Appellant
Terrance Cruz

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>TERRANCE CRUZ (SR.)<br><br>    Appellant, | CASE NO.  2:14-cr-00267-GEB<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Appellant, by and through his counsel of record, together with Respondent, United States of America, by and through its counsel of record, hereby agree, stipulate and move that the court find the following:

1. Transcripts have now been obtained by appellant's counsel;

2. Parties are now in agreement to set the following briefing schedule:  Appellant's Opening Brief due on February 27, 2015, Respondent's Opening Brief due on March 31, 2015, and any Reply Brief filed by Appellant due on April 14, 2015; and

2. Parties further propose an In Court Hearing scheduled on May 1, 2015 at 9:00 a.m. in Department 10, to be heard by Honorable Garland E. Burrell Jr., Judge of the Eastern District Court.

IT IS SO STIPULATED.

1 | DATED: January 21, 2015.

_____
ROBYN N. PULLIO
Assistant United States Attorney

6 | DATED: January 21, 2015.

_____
KELLY MCNERTNEY
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2