Kelly McNertney
Attorney at Law
State Bar No. 212933
604 10th Street
Sacramento, CA  95814

Attorney for Appellant
Terrance Cruz

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00267-GEB |
| Respondent, | STIPULATION REGARDING TIMELY SERVICE OF APPELLANT'S REPLY BRIEF AND PROPOSED FINDINGS AND ORDER |
| v. | |
| TERRANCE CRUZ (SR.) | |
| Appellant, | |

**STIPULATION**

Appellant, by and through his counsel of record, together with Respondent, United States of America, by and through its counsel of record, hereby agree, stipulate and move that the court find the following:

1.      Appellant's Reply Brief was timely served upon opposing counsel on the deadline for filing of such brief, to wit, April 14, 2015, via email;

2.      Because of technical problems Appellant's Reply Brief was not filed electronically until approximately 9:30 a.m. on the following day, April 15, 2015.

3.      Parties hereby stipulate that service of Appellant's Reply Brief was timely.

4.      Parties are still prepared to proceed with the In Court Hearing currently scheduled on May 1, 2015 at 9:00 a.m. in Department 10, to be heard by Honorable Garland E. Barrell Jr., Judge of the Eastern District Court.

1

1  IT IS SO STIPULATED.

2  DATED:        April 15, 2015.

3

4                                        *Laura A. Huggins*
                                         _____
5                                        LAURA A. HUGGINS
                                         Special Assistant United States Attorney
6

7  DATED:        April 15, 2015.

8

9                                        _____

10                                       KELLY MCNERTNEY
                                         Counsel for Defendant
11

12

13

14

15

16

17

18                              **O R D E R**

19
            IT IS SO FOUND AND ORDERED.
20
   Dated:  April 16, 2015
21

22

23   _____
     GARLAND E. BURRELL, JR.
24   Senior United States District Judge

25

26

27

28
                              2