UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE CRUZ, SR., <br><br> Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Appellee. | No. 2:14-cr-00267-GEB <br><br> **ORDER** |

Appellant Terrance Cruz, Sr. appeals the Magistrate Judge's August 4, 2014 guilty finding on Count One of the Information.

After review of the record, I conclude the Magistrate Judge supportably found that the government proved beyond a reasonable doubt that conditions two and three of the special use permit issued to Appellant were violated. Specifically, the Magistrate Judge found

> This case is not about violation of the quantity specification for pine cones in the permit Mr. Cruz was issued, [i]t's about the fact that Mr. Cruz wasn't personally present with the original permit at the time that the cones were being collected [as required by the permit]. It is a non-transferable permit and [Mr. Cruz] effectively transferred it and made copies, which is disallowed, and

1

distributed them to people who were working under him.

(Bench Trial & Sentencing Tr. 116:2-9, ECF No. 37.)

Therefore, the finding of guilt is affirmed.

Dated: April 24, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge